**Fill in this information to identify the case:**

Debtor 1 Jose Gasper Rosario

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number 24-14619

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.
**Last four digits** of any number you use to identify the debtor's account 3380

**Court claim no.** (if known): NA

**Date of payment change:**
Must be at least 21 days after date of this notice 02/17/2025

**New total payment:** $485.23
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ New escrow payment: $

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☐ No
   - ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change

   Current interest rate 10.84% New interest rate: 10.59%

   Current principal and interest payment: $512.71 New principal and interest payment: $485.23

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: <option>

   **Current mortgage payment:** **New mortgage payment**:

Debtor 1 Jose Gasper Rosario
First Name Middle Name Last Name

Case number (if known 24-14619

**Part 3:** **Sign Here**

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Lucy Miller
Signature

Date 01/24/2025

Print: Lucy Miller

Title: Support Specialist

Company PNC Bank, National Association

Address: P.O. Box 94982
Number Street

Cleveland, OH 44101-0570
City State ZIP Code

Contact Phone: 1-800-642-6323

Email: Bankruptcy@pnc.com

U.S. Bankruptcy Court

Eastern District of Pennsylvania

(Reading)

| IN RE: Jose Gasper Rosario | Case No  24-14619<br>Judge Patricia M. Mayer<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

    I, the undersigned, here by certify that, on 01/24/2025, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney:  CHARLES LAPUTKA
Trustee: SCOTT F. WATERMAN [Chapter 13]
Office of the United States Trustee

    Further, I certify that, on 01/24/2025, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail first class Postage prepaid and properly addressed, to the following at the address shown below:

  Jose Gasper Rosario
  2705 Guyton St.
  Easton, PA 18045

By: /s/ Lucy Miller
Lucy Miller
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814