United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14619-pmm |
| Jose Gasper Rosario | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: 155 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Gasper Rosario, 2705 Guyton St., Easton, PA 18045-6047 |
| 14967375 | + | PNC Bank, National Association, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14965047 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 02 2025 23:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14964358 | + | Email/Text: ebnbankruptcy@ahm.honda.com | May 02 2025 23:58:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 14964359 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 02 2025 23:58:00 | Bank of America, 4060 Ogletown/Stanton Rd DE5-019-03-07, Newark, DE 19713 |
| 14977670 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 02 2025 23:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14965054 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:08:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14985807 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:09:09 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14964360 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2025 00:08:42 | Capital One Bank Auto Finance, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 |
| 14964361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2025 00:09:03 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14973452 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2025 00:08:42 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14964363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2025 00:20:46 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14964362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2025 00:20:47 | Citibank N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14968714 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2025 00:08:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14964364 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 02 2025 23:58:00 | Dept of Ed, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14967113 | | Email/Text: mrdiscen@discover.com | May 02 2025 23:58:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14964365 | + | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: 155 | Total Noticed: 37 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 02 2025 23:58:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14964366 | | Email/Text: BankruptcyNotices@firsttechfed.com | May 02 2025 23:58:00 | First Tech Federal CU, PO Box 2100, Beaverton, OR 97075 |
| 14967428 | | Email/Text: BankruptcyNotices@firsttechfed.com | May 02 2025 23:58:00 | First Tech Federal Credit Union, Attn: Bankruptcy PO BOX 2100, Beaverton, OR 97075 |
| 14964367 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2025 23:58:00 | Freedom Mortgage, 11988 Exit 5 Pkwy - Bldg 4, Fishers, IN 46037-7939 |
| 14983547 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2025 23:58:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 14966850 | + | Email/Text: EBN@brockandscott.com | May 02 2025 23:58:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14967376 | ^ | MEBN | May 02 2025 23:57:28 | Freedom Mortgage Corporation, C/O Matthew K. Fissel, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14966851 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2025 23:58:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 14981042 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 23:58:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14964369 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 23:58:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101-0570 |
| 14982155 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 23:58:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14964370 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 23:58:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 14966783 | ^ | MEBN | May 02 2025 23:57:19 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14964368 | + | Email/Text: bkrgeneric@penfed.org | May 02 2025 23:58:00 | Pentagon - Bankcard, PO Box 1432, Alexandria, VA 22313-1432 |
| 14981118 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2025 00:08:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14964371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 03 2025 00:08:11 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14968976 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 02 2025 23:58:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14974992 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 03 2025 00:20:47 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14979067 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 03 2025 00:08:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14964373 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 03 2025 00:09:11 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14964372 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 03 2025 00:09:16 | Wells Fargo Card Services, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 02, 2025 | Form ID: 155 | Total Noticed: 37

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor Jose Gasper Rosario claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Jose Gasper Rosario                Case No. 24−14619−pmm

   Debtor(s).                       Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 1, 2025                                               For The Court

                                                                      Patricia M. Mayer  
                                                                      Judge, United States Bankruptcy Court