

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

06/09/2025

Eastern District of Pennsylvania (Reading)

Debtor Jose Gasper Rosario

Case Number  24-14619

Dear Bankruptcy Court:

Jose Gasper Rosario     is the mortgagor on PNC Mortgage loan xxxxxx 3380

Please withdraw the  Notice of Postpetition that was filed on 05/30/2025
as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/  Stephani Schul
_____
    Bankruptcy Specialist