| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-14619-PMM

Jose Gasper Rosario
2705 Guyton St.
Easton  PA    18045

Petition Filed Date: 12/30/2024
341 Hearing Date: 01/28/2025
Confirmation Date: 05/01/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2025 | $891.00 | | 02/18/2025 | $891.00 | | 03/31/2025 | $891.00 | |
| 04/28/2025 | $891.00 | | 06/05/2025 | $804.00 | | 07/07/2025 | $804.00 | |
| 07/31/2025 | $804.00 | | | | | | | |

**Total Receipts for the Period: $5,976.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,106.71 | $242.39 | $6,864.32 |
| 3 | FIRST TECH FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $12,168.82 | $415.05 | $11,753.77 |
| 4 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $1,594.95 | $54.40 | $1,540.55 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,257.18 | $111.10 | $3,146.08 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Unsecured Creditors | $1,042.12 | $35.54 | $1,006.58 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $8,873.28 | $302.65 | $8,570.63 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $631.97 | $21.56 | $610.41 |
| 10 | PNC BANK<br>»» 010 | Unsecured Creditors | $1,447.60 | $49.37 | $1,398.23 |
| 11 | RESURGENT RECEIVABLES, LLC<br>»» 011 | Unsecured Creditors | $3,309.46 | $112.88 | $3,196.58 |
| 12 | PNC BANK NA<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 013 | Mortgage Arrears | $270.83 | $270.83 | $0.00 |
| 14 | CAPITAL ONE AUTO FINANCE<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PENTAGON FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 16 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,780.00 | Current Monthly Payment: | $804.00 |
| Paid to Claims: | $5,553.77 | Arrearages: | ($891.00) |
| Paid to Trustee: | $466.45 | Total Plan Base: | $48,501.00 |
| Funds on Hand: | $759.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.