Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jose Gasper Rosario
2705 Guyton St.
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14619-PMM**

Petition Filed Date: 12/30/2024
341 Hearing Date: 01/28/2025
Confirmation Date: 05/01/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | $804.00 | | 11/03/2025 | $804.00 | | 05/04/2026 | $804.00 | |
| 06/29/2026 | $804.00 | | 07/22/2026 | $804.00 | | | | |

**Total Receipts for the Period: $4,020.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,996.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,106.71 | $914.31 | $6,192.40 |
| 3 | FIRST TECH FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $12,168.82 | $1,565.56 | $10,603.26 |
| 4 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $1,594.95 | $205.21 | $1,389.74 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,257.18 | $419.06 | $2,838.12 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Unsecured Creditors | $1,042.12 | $134.06 | $908.06 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $8,873.28 | $1,141.58 | $7,731.70 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $631.97 | $69.41 | $562.56 |
| 10 | PNC BANK<br>»» 010 | Unsecured Creditors | $1,447.60 | $186.22 | $1,261.38 |
| 11 | RESURGENT RECEIVABLES, LLC<br>»» 011 | Unsecured Creditors | $3,309.46 | $425.77 | $2,883.69 |
| 12 | PNC BANK NA<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 013 | Mortgage Arrears | $270.83 | $270.83 | $0.00 |

**Chapter 13 Case No. 24-14619-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CAPITAL ONE AUTO FINANCE<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PENTAGON FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,996.00 | Current Monthly Payment: | $804.00 |
| Paid to Claims: | $9,270.01 | Arrearages: | $5,541.00 |
| Paid to Trustee: | $714.09 | Total Plan Base: | $48,501.00 |
| Funds on Hand: | $11.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.